CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Walter Allen
PLAINTIFF

438 Hart St
Address (No Post Office Boxes)

Brooklyn    NY    11221
City      State     Zip Code

VS.

U.S. District Cout E.O. N.Y
DEFENDANT

225 Cadman PlaZA
Address (No Post Office Boxes)

Brooklyn    NY    11201
City      State     Zip Code

Case: 1:23-cv-03850 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 12/21/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ☑ Yes ☐ No

### COMPLAINT

All forwarded mandated Associated Stipulited. Related to Approved Mvy. Tittle v1 Complaint and Atch. Info. for 900 Zillon & 900-Zillon. times. Base on Defendants didn't ans my USPO mailings for 11-27-2023 through. Today 12-18-2023. AS A result: EACh mail. Info. dated 11-27-2023 is approved for 900. Zillon. 900-Zillon times (900). at Defendant address. W/ deAdline date is 12-18-2023 fer 11-27-2023: Defendant is euctionals + Jobs lost. for no Ans to my USPO mail. Info = pynts for plaintiff. Defendants-202-354-3000: 202-357-6406 212-805-0125 federal guidelines: Public opinions and 202-479-3011 finalized Jurisdictions: W/ by google-policy CJurisdiction violated

**RECEIVED**

DEC 2 1 2023

Clerk, U.S. District and
Bankruptcy Courts

Today -12-18-2023
Walter L. allen
Original Signature (in pen)

Don't Apply
Name (if applicable, Prisoner ID No.)

Don't Apply
Address or Facility Address

Don't Apply
City      State     Zip Code

Rev: 01/10/2023
*Use additional pages as needed